**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**


**LUKE WOODHAM**                                                                **PETITIONER**

**vs.**                                                            **Civil Action No. 3:04-cv-48 HTW-JCS**

**MICHAEL WILSON and JIM HOOD**                                                **RESPONDENTS**

## FINAL JUDGMENT

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge, and this court, having adopted the same, hereby orders that habeas relief be denied and the petition for writ of habeas corpus be dismissed with prejudice. The above-styled and numbered cause is fully and finally dismissed with prejudice.

**SO ORDERED, THIS THE 29th day of January, 2007.**

                                                            s/ HENRY T. WINGATE
                                                            CHIEF UNITED STATES DISTRICT JUDGE